**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Mendel Paneth,<br><br>                                            Debtor. | Chapter 13<br><br>Case No. Case No. 22-41414- nhl |
| Mendel Paneth and Sarah Paneth a/k/a Sury Paneth,<br><br>                                       Plaintiffs,<br><br>-against-<br><br>David Reiner, Joseph Reiner a/k/a Yossi Reiner, JCR Printing Inc., Rabbi Moshe Bergman, Congregation Bnei Avrohom, Tele Go Inc, Baruch A. Boas a/k/a Avi Boas, Chaim Kohn, Infinite Solutions NY Inc, Elliot Blumenthal, Rabbinical Court of Boro Park, Beis Din Beis Yoseph, Rabbi Reuven Pinchas Alt, Rabbi Asher Landau, Mendel Reiner, Rabbi Gershon Spiegel, Bais Din of Mechon L'Hoyroa, Rabbi Yechiel Blum, Beth Din CRC a/k/a Beit Din of Hisachdus, Rabbi Mendel Silber, Rabbi Shaim Shlomo Iliovits a/k/a Shlomo Chaim Iliovits a/k/a Shloime Iliovits a/k/a Chaim Iliovits, Congregation Galanta Oir Pnei Yehoshua, Rabbi Isaac Eichenstein, and Yosef Freund,<br><br>                                       Defendants. | Adv. Pro. No. 1-24-01006-nhl<br><br>**NOTICE OF MOTION TO DISMISS BY DEFENDANTS JOSEPH REINER, JCR PRINTING INC., TELE GO INC, BARUCH A. BOAS, CHAIM KOHN, INFINITE SOLUTIONS NY INC, AND ELLIOT BLUMENTHAL** |

        **PLEASE TAKE NOTICE** that, upon the complaint filed on January 17, 2024 (Adv. Pro. ECF No. 1), and the accompanying memorandum of law, defendants Joseph Reiner a/k/a Yossi Reiner, JCR Printing Inc., Tele Go Inc, Baruch A. Boas a/k/a Avi Boas, Chaim Kohn, Infinite Solutions NY Inc, and Elliot Blumenthal (collectively, the "Vendor Defendants") will move this Court, before the Honorable Nancy Hershey Lord, at the Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an order, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), dismissing the

complaint against the Vendor Defendants with prejudice and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
March 29, 2024

By: */s/ Paul H. Aloe*
Paul H. Aloe
David N. Saponara
KUDMAN TRACHTEN ALOE POSNER LLP
488 Madison Avenue, 23rd Floor
New York, New York 10022
Tel: (212) 868-1010
paloe@kudmanlaw.com
dsaponara@kudmanlaw.com

*Attorneys for Defendants Joseph Reiner a/k/a Yossi Reiner, JCR Printing Inc., Tele Go Inc, Baruch A. Boas a/k/a Avi Boas, Chaim Kohn, Infinite Solutions NY Inc, and Elliot Blumenthal*