**COVINGTON**

BEIJING   BOSTON   BRUSSELS   DUBAI   FRANKFURT
JOHANNESBURG   LONDON   LOS ANGELES   NEW YORK
PALO ALTO   SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

**Via ECF and Courier**                                                November 15, 2024

The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Paneth, et al. v. Reiner, et al.*, No. 24-cv-04914-RER-PK

Dear Judge Reyes:

We represent Defendants David Reiner and Mendel Reiner (collectively, "Defendants") in the above-referenced case. Pursuant to Rule I(D) of the Court's Individual Practice Rules, we hereby provide the Court a courtesy copy of Defendants' memorandum of law and reply memorandum of law in support of their Motion to Compel Arbitration and, in the Alternative, to Dismiss the Complaint (ECF Nos. 12, 29) and Plaintiffs' papers in opposition to the motion (ECF No. 20).

Respectfully submitted,

/s/ *Alan Vinegrad*

Alan Vinegrad

Enclosures

cc:  All counsel of record (via ECF)